UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DASHONE REYNOLDS | CIVIL ACTION NO. 24-0155-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| B.B. RAYBURN CORR. CENTER | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that to the extent plaintiff's claim for monetary damages is related to the changes in Reynolds' conditions of confinement, his claim is **DISMISSED WITH PREJUDICE**, and to the extent his claim relates to loss of good time credits, his claim is **DISMISSED WITH PREJUDICE** to their being asserted again until the *Heck* bar in this matter has been lifted.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, this the 28th day of May, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE